

United States Court
of International Trade
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

# NOTICE

The physical document which comprises this docket entry exceeds the Court's Bulky Document Standard (BDS), and therefore is not attached.

The physical document may be viewed in the case file for the action. Arrangements for obtaining a copy of the document may be made by contacting the Clerk's Office at (212) 264-2800.